UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DELLA CUPPS, ET AL<br>　　　　　PLAINTIFF<br><br>　　VERSUS<br><br>TORUS SPECIALTY INSURANCE<br>COMPANY, ET AL<br>　　　　　DEFENDANTS | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION<br><br>NO.  14-615<br><br>SECTION "H" - JUDGE MILAZZO<br><br>MAG. DIV. 1 - MAG. SHUSHAN |

\*   \*   \*   \*   \*   \*   \*   \*

## SECOND SUPPLEMENTAL AND AMENDED COMPLAINT

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Della Cupps, Individually and on behalf of the Estate of David Cupps, Amy Blair, April Gruber, and Valerie Click, who for their Second Supplemental and Amended complaint supplement and amend the previously filed Petition and the previously filed First Supplemental and Amending Complaint to read as follows:

IV(a).

Made defendant herein is The Cochran Firm, P.C., an Alabama professional corporation, domiciled in Dothan, Alabama.

IV(b).

Upon information and belief the previously dismissed defendant entity, The Cochran Firm Louisiana - LLC, was at all times practicing in affiliation with the Cochran Firm, P.C. Upon information and belief, The Cochran Firm, P.C. both receives profits from, has a right to monitor and direct work of its affiliates to avoid malpractice and for accounting, including at the relevant times the The Cochran Firm Louisiana - LLC, and obtain malpractice or errors and

1

omissions insurance.

### IV(c).

Made defendant herein is ABC insurance, an unknown insurer, who upon information and belief issued a policy of insurance providing coverage for both the The Cochran Firm, P.C. and its affiliates, including, The Cochran Firm Louisiana - LLC. This insurance may be on a malpractice, errors and omissions, umbrella coverage, or other form.

### XXI(a).

At all relevant times The Cochran Firm, P.C. was a partner with the The Cochran Firm Louisiana - LLC, such that it has partnership liability for the errors and omissions by the now dismissed defendants, Mr. Phillips and The Cochran Firm Louisiana - LLC. Additionally, by virtue of its right to monitor the status of cases and direct the prosecution of those cases as needed, The Cochran Firm, P.C. has independent professional liability for the legal malpractice set forth herein.

### XXI(b).

At all material times herein, The Cochran Firm, P.C. and the Cochran Firm Louisiana - LLC were both insured by ABC Insurance for professional negligence and the acts and omissions that are shown herein, rendering ABC equally liable for all damages incurred by the plaintiffs.

### XXXV.

Plaintiffs reassert and allege all previous allegations from the original Petition and the First Supplemental and Amending Complaint.

Wherefore, Plaintiffs pray that after all due proceedings, there be judgment herein in favor of plaintiffs, Della Cupps, Individually and on behalf of the Estate of David Cupps, Amy

Blair, April Gruber, and Valerie Click, and against Torus Specialty Insurance Company, The Cochran Firm, P.C., and ABC Insurance Company, defendants, for such sums as the Court should deem reasonable and proper, including damages, together with legal interest thereon from date of judicial demand until paid, plus all costs of these proceedings, and for such other legal and equitable relief as the Court shall deem necessary and proper.

Respectfully Submitted,

_____s/Donald L. Hyatt, II_____
DONALD L. HYATT, II (24808)
DONALD L. HYATT, II APLC
Energy Centre, Suite 2960
1100 Poydras St.
New Orleans, LA 70163
Telephone: (504) 582-2466
Facsimile: (504) 582-2422
E-mail: hyattlaw@aol.com
***COUNSEL FOR THE PLAINTIFFS***

CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants. I further certify that I mailed the foregoing document by first class mail to all non-CM/ECF participants.

                                                                                                                                                                           ____s/Donald L. Hyatt, II_____