UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DELLA CUPPS, ET AL | * | CIVIL ACTION |
| PLAINTIFF | * | |
| | * | NO. 14-615 |
| VERSUS | * | |
| | * | SECTION "H" - JUDGE MILAZZO |
| TORUS SPECIALTY INSURANCE | * | |
| COMPANY, ET AL | * | MAG. DIV. 1 - MAG. SHUSHAN |
| DEFENDANTS | * | |

\* \* \* \* \* \* \* \*

**EX PARTE MOTION FOR EXTENSION OF TIME IN WHICH TO SERVE PLEADINGS PURSUANT TO FRCP 4(M)
AND INCORPORATED MEMORANDUM IN SUPPORT THEREOF**

NOW COMES INTO COURT, through undersigned counsel, Plaintiffs, Della Cupps, Individually and on behalf of the Estate of David Cupps, Amy Blair, April Gruber, and Valerie Click, who respectfully urge the Court to grant them a 15 day extension of time in which to serve pleadings on The Cochran Firm, P.C. Plaintiffs requested a summons from the Clerk on the Friday prior to the Mardi Gras holiday sufficiently early in the day for it to be issued. No summons was issued. Counsel has waited to see if one would be received this morning, although today is the service deadline, to have a process server who is ready and waiting, go serve the papers. No summons has been received. New arrangements for service must now be made upon receipt. With the foregoing in mind, Plaintiffs pray for a 15 day extension of the time for service

of process on the Cochran Firm, P.C.

Respectfully Submitted,

_____s/Donald L. Hyatt, II_____
DONALD L. HYATT, II (24808)
DONALD L. HYATT, II APLC
Energy Centre, Suite 2960
1100 Poydras St.
New Orleans, LA 70163
Telephone: (504) 582-2466
Facsimile: (504) 582-2422
E-mail: hyattlaw@aol.com
***COUNSEL FOR THE PLAINTIFFS***

CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants. I further certify that I mailed the foregoing document by first class mail to all non-CM/ECF participants.

_____s/Donald L. Hyatt, II_____