UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DELLA CUPPS, ET AL | * | CIVIL ACTION |
|     PLAINTIFF | * | |
| | * | NO.  14-615 |
|     VERSUS | * | |
| | * | SECTION "H" - JUDGE MILAZZO |
| TORUS SPECIALTY INSURANCE | * | |
| COMPANY, ET AL | * | MAG. DIV. 1 - MAG. SHUSHAN |
|     DEFENDANTS | * | |

* * * * * * * *

## ORDER

Considering the foregoing Ex Parte Motion for Extension of Time in Which to Serve Pleadings Pursuant to FRCP 4(m);

**IT IS ORDERED**, based upon good cause having been shown, Plaintiffs, Della Cupps, Individually and on behalf of the Estate of David Cupps, Amy Blair, April Gruber, and Valerie Click, are hereby granted a fifteen (15) extension of time in which to accomplish service of their pleadings upon the The Cochran Firm, P.C.  in this matter, said extension to run from the date of entry of this Order.

New Orleans, Louisiana,  this  19th   day of February 2015.

_____
UNITED STATES DISTRICT JUDGE