UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DELLA CUPPS, ET AL. | CIVIL ACTION |
| VERSUS | NO. 14-615 |
| TORUS SPECIALTY INSURANCE CO., ET AL. | SECTION H(1) |

## JUDGMENT

Judgment has been entered in favor of Defendant, Torus Specialty Insurance Company, for reasons issued June 16, 2015 and filed herein (R. Doc. 47),

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs' claims against Torus Specialty Insurance Company are DISMISSED WITH PREJUDICE. Plaintiffs' claims against Cochran Firm, P.C. remain pending.

New Orleans, Louisiana, this 16th day of June, 2015.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE